UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN BOAT COMPANY, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:01CV21 RWS |
| | ) | |
| UNKNOWN SUNKEN BARGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on Plaintiffs' motion to continue the hearing on Defendants' motion to compel. The motion will be granted. Additionally, I will order the parties to jointly submit a proposed protective order to the Court for the purpose of preserving the computer evidence at issue in Defendants' motion to compel.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motion to continue the hearing [#95] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall jointly submit a proposed protective order to the Court **no later than December14, 2005**.

**IT IS HEREBY ORDERED** that the motion hearing will be rescheduled to **January 6, 2006, at 2:00 p.m.** in Courtroom 10 South.

Dated this 7th Day of December, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE